

22 Star Sheds LLC

5557 CR 4508

Commerce, TX 75428

To Whom it may concern:

I am writing this to give clarity on the character of Nate Pellham. Nate Is a hard-working family man dedicated to his wife and kids. He is always putting them first. Nate Came to work for Our company the beginning of November 2022 and quickly asked to be the delivery Manager to take stress from Me. He would contact customers, schedule drivers and coordinate all aspects of delivering our product. Nate handled the position with excellence. The customer response was great. We opened a Tennessee location in March of 2023 and Nate handled the extra workload with ease. Nate is a caring individual and wants everyone to be successful. When things transpired with Nate in mid-April the delivery aspect of our business went down, and our business suffered. Nate was a very important part of our business that we haven't been able to replace. I believe that keeping Nate incarcerated for a lengthy time doesn't just hurt his wife and 2 young daughters, it also hurts companies, individuals, and community. He can help with his work ethic and compassion. I would ask the courts and yourself to look at what would be gained from Nate being release on his own recognizance to continue bettering the lives of those around him.

Thank you,

Brad Pingel

To Sir/Madam,

Thank you for taking the time to read this. My name is Erica Green. I have known Nate(Nathan) Pelham for 8 years. I met him when he started dating my best friend. From the first time I met him, I could tell that he was a funny, kind, hardworking man. Anytime his family needs anything, he is there to help. His daughters and step-son are his world. He will do anything for them.

My ex-husband was(is) a felon and has been in TDCJ on and off. He was a repeat offender who never learned his lesson. He never had goals or ambitions after he was released, so he went back to doing what he knew best, which unfortunately, wasn't in the legal manner.

I can confidently say that if Nate were to be released, he would be an asset to the community and to those who know him. He isn't going to be like my ex-husband who will continue to mess up and land right back in there. His only focus is taking care of his family and raising his animals. I have had many conversations with Alisha (his wife and my best friend) about the toll it is taking on her emotionally and physically having to manage everything around there by herself. Her and Nate have had conversations about it as well, and it is killing him not being out there to help her. She said that he said this is the first time he's going to miss his kids' birthdays (both in September and his step son in February). Knowing that he isn't going to be there for their birthdays is eating him up inside. He's missing so many milestones and is mentally punishing himself for it.

I would hope that you would take into consideration what he can offer if released. I can tell you, without a doubt, that he would get straight to work and would never cause any problems. He truly is a hard working man dedicated to making sure his family is taken care of. That is all he cares about.

I pray that you will make the right decision and provide leniency, so he is able to get back to his family and working.

Thank you again for your time,

Erica Green

To Whom It May Concern:

I am sending you this to let you know about my brother in law, Nathan Pelham. My wife and I have known Nathan (we call him Nate) for 8 years. To say that he has been a support for us is an understatement. He is always there when we need him. We can call him day or night, and it doesn't matter if he is busy, he will stop what he's doing to help in any way that he can. That's the kind of person that he is.

Nate is always working. He doesn't know how to be idle. If he's not on the road working, then he's at home or helping someone else out.

Anytime Nate is around, he's always laughing and having a good time. He normally keeps to himself and is mostly quiet. He's always in good spirits.

If you ask Nate what is most important in his life, he would tell you their family, their farm, and work. His family is everything to him, and he has always made sure he provided what they needed. From previous conversations with him, his childhood was not the greatest, and he vowed that his kids would never know what that was like.

Him being away from his family is not only detrimental to him, but also to his family. His kids are constantly asking about him. The 2 youngest ones are 7 and 6, and they do not understand why their dad isn't there. He is a fantastic dad; his kids think he walks on water. He always makes sure that my sister is taken care of as well. He is always helping her out around the house; anything he can do to help take something off of her plate.

We are asking that you consider the views of those who personally know him, and know the person that he truly is. Please consider letting him back out into the world, so he can get back to work and helping others. He is not someone who is going to end up right back in there. No one has punished themselves more than he has himself.


Thank you for your time,

Ashley and Courtney Bolton

To Whom It May Concern,

I have known Nathan Pelham for approximately 8 years. He began dating my younger sister and eventually became my brother in law. I don't look at him as my brother in law. I look at him as my own brother, because he would do anything for me and my family. He is always willing to lend a helping hand when needed no matter if he has things of his own to do. He is usually very quiet and shy.

He is a very hard worker. In fact, almost anytime I would talk to my sister, he was working; whether it was weekdays, weekends, or nights. He did what he needed to provide for my sister and their family. That is his number one in life: family. He has 2 of the most beautiful girls that he absolutely adores and cherishes. He would literally do anything for them. He treats my nephew, his step-son, as his own. He's always showing him how to do things around their farm.

He has worked tirelessly to build their dream home and build up their farm. If he isn't working, then he's at their farm working.

Our father is paralyzed on his left side due to a massive stroke he had 7 years ago. He has quite a few physical limitations obviously. Nate and him are very close. In fact, he considers our dad more of dad to him than his own. Anytime our dad ever needed anything, he would call Nate and Nate would go immediately if able. If he wasn't able to go right then, you can bet he went the next day.

I firmly believe that keeping Nathan incarcerated is not in the best interest of those who know him and for his family. It has been extremely difficult for my sister raising 3 kids by herself and taking care of the farm. He is not a threat to the public and has no intentions other than to work to provide for his family and spend time with his family.

I sincerely hope that you can see Nathan for the good man that he is and the good things that he can contribute to out in the world.

Thank You!

Jennifer Pinson

August 16, 2023

To Whom It May Concern:

My husband, Kyle, and I came to know Nathan Pelham several years ago through our son, Josh. Nate and Josh worked together at various times in the construction field and are good friends.

Nate has always been extremely respectful and helpful toward us and a solid friend to Josh in time of need. Nate has gone out of his way to treat us and watch over us like he would his own parents, never asking for anything in return. He's bought us groceries several times, supplied us with meat for our deep freezer from the butchering of one of his cows or pigs, and performed lawn care and tree trimming services. I have advanced COPD and emphysema and my husband has Parkinson's disease. Since our son lives in Tennessee, Nate's help is invaluable to us. I know that if we need something Nate is only a phone call away.

We know Nate to be extremely talented and a hard worker, working diligently to complete projects on time. In less than ten years, Nate purchased approximately 115 acres of land in Greenville, Texas and paid off the loan. He also built a five-bedroom, 3,000 square foot house himself that is also completely paid for. He owns livestock. He did all this, got married, and had two little girls. Nate provides very well for his young family and one can tell he loves them very much.

We are heartbroken that Nate is in this trouble. He has never been in any trouble since we've known him and this seems so out of character for him. As horrible as the charges are against him, we would ask that you please remember that no one was injured or property damaged. We beg you to be lenient and not destroy Nate's life and the lives of his family. Please don't let Nate and his family lose everything they have worked so hard for. I think Nate would not disappoint anyone who gave him grace and consideration in his present circumstance and he would honor the trust they show in him.

Thank you for your consideration.

*Kyle Morrow*
Kyle Morrow

*Kristi Morrow*
Kristi L. Morrow

To Whom It May Concern:

I want to tell you about my husband, Nathan. I call him Nate. We met 8 years ago. At first, it was difficult to see each other, because he was always working. Literally working day and night. Little did I know, this was common for Nate. He stepped up and worked without hesitation when others wouldn't. It didn't matter if it was 18 hour days, that's what he did, and that's what he still does to this day be it something for work, family, or friends. That's the kind of person that he is. You hear people describe others as "they would give you the shirt of their back"; well, he really would and has. When we had the bad ice/snow days, he took his truck and chains and went around helping pull people out of ditches. I asked him why he was doing that. He simply said, "they needed help, and I can help".  The media has portrayed him to be a monster just to glorify their stories. But I'm here to tell you about the real Nathan Pelham. The part that they seem to have left out of their stories.

As you can tell, Nate had gotten himself into some trouble in his younger years. Like many people, he made some unfortunate decisions that have had repercussions. But unlike most who have had problems in the past, he had learned from that and made something of himself. The judicial system preaches rehabilitation after incarceration. That's what he did. Ever since he was released, he had personal goals he wanted to attain. He wanted a family, a farm, and animals to take care of and raise. And he did it! He busted his butt day and night, keeping his nose to the grindstone. We got married in March 2016 and welcomed our first daughter together that September. We had our youngest daughter in September 2017. We also have my son from my previous marriage that he treats just as his own. We started building our forever home March 2017. Him and I, with the help of a few others, finished it in October 2017. He always puts our family first. Whatever we need, he makes sure we have it. He would be gone for weeks at a time delivering RVs, just so we were financially set. He hated being away from his family, but he knew that's what he needed to do to provide for his family. His upbringing was very rough and hostile, and he promised he would never put his family through that. His family is his number one priority, and he makes sure we each know how much we are loved. It hurts him any time he is away from us no matter how long it is.

This year has been a rough year for our family. At the end of February, my stepdad passed away. He was my stepdad since I was 2. He raised me. So we were all close. Then at the end of March, my mother got sick. Before she could get a formal diagnosis of it being pancreatic cancer, it had already metastasized to her liver, stomach, and bones. April 10th, she was put on hospice. April 11th, I was in a bad accident taking my kids to school. On the morning of April 12th, we got the phone call stating there was a warrant for Nate's arrest in connection with the January 6th event. So we started calling defense lawyers and trying to get information as to what we need to do. Everyone we talked to was telling us that the people that were getting charged with these were doing time. This obviously upset him, because that was his biggest fear. Leaving his family. We talked to the lawyer we ended up retaining and then we sat and talked about the plans. I had to

go back to my mother's house because the hospice nurse said that it was getting close. So I took our youngest daughter (my little shadow). Our oldest daughter wanted to stay with Nate, because she is a daddy's girl through and through. That night, I was getting texts and calls from Nate, because he was upset about the idea of him being away from us and missing important parts of our children's lives. Long story short, he had a mental breakdown. He had reached out to his dad for help and to talk to him, but to no avail. His dad ended up calling the Hunt County Sheriff's out to do a welfare check. I got a call from his sister saying the sheriff's office was headed there. So I left my mother's and went straight there. The Nate that was present that night is not the Nate that I nor anyone knows. It was a Nate that was having mental issues. His intent was never to harm anyone. Quite the contrary, actually. Anytime we would be out and there was a law enforcement officer or first responder, he would have our daughters go and shake their hands or give them a high five or fist bump and tell them thank you. The media portrays that he held our daughter hostage and released her to the sheriff's deputy. The truth is, he knew he was mentally breaking down, and all he wanted was her to be safe.

He is not a criminal. He's not a violent man. All he wants to do is work and take care of his family and farm animals. You can talk to anyone who knows him, and I know they'll tell you the same thing. Unlike most guys in there, we've talked about what he wants to do when he is released. He wants to start helping newly released prisoners get adjusted back into society and working. There are a lot of people who get released and end up right back in there, because they have no guidance or support. He is looking forward to the future and how he can help people. He is very passionate about this, and I truly believe he would make a huge difference in the community.

I write this to you today in hopes that you will see the real Nathan Pelham, and not the one that is in black and white on the documents and the one the media portrayed. All of this is new to me, and I can tell you, after being in the court rooms and seeing some of these other inmates, he is not like them. He is different. He is one that you will not have to worry about when he is released. There is not a single person that feels remorse more than him about this. It is killing him to be away from his family, especially our kids. They are his whole world. And all he wants to do is get back out here to take care of us and get back to work. He is yearning to be back working, and I am begging you to please take it into consideration.

Sincerely,

Alisha Pelham

1)                                    8-7-23

To whom it May Concern...

I'm writing this on behalf of NATHAN PELHAM. I met Nate on a Jobsite in Rockwall, Tx. in 2014. He was the Electrical Foreman on site. I introduced myself and his First words to me were "Are you A Talker?" I didn't know what to think or say! I could tell immediately he was all about work. Since that summer in 2014 we have been best friends. Since I have known Nate he has been a Go-Getter. He never misses work. He has been probly one of the most Responsibly people when it comes to his TRADE. I have watch him Study And Pass his Electrical Journeyman Exam and has moved way forward then me or most Electricians I know. The day he pased The Electrical Exam he told me, "Josh, Soon I will never have to work for Anyone at a regular Job again". And he wasn't lying. He went out and sold hisself. A people person is what Nate is! It didn't matter what the work

2)

was. Nate wanted it. He wanted a life and a family of his own. And he succeeded in that as well. He met and fell in love with his beautiful wife, Alisha. Together they teamed up and created C&P Contractors. And his life was turning out to be just what Nate wanted. I watched him become a father of 2 Angels! Kinsley and Muzet. Those 2 girls took over him and gave him a love that was unconditional! He dedicated his life to those 3 ladies. I watched him buy his dream land. Then he built his family a beautiful home. And when I say built, I mean with his own two hands. Of course he had help along the way, but Nate would work all day and then work on their home till or past dark, just to wake up and do it all again. That was his life and he was loving it! It took ~~him~~ him a year, maybe a little less to make this home a liveable home.

3)

He never let up and never gave up cuz he wanted his girls to have the life he never had, just like all real Fathers think. Nate has never turned his back on people. He helps them. Just as long as they try to help themselves. He has given true gifts of love to my Mom and stepfather while I'm on the road working and can't be there in Texas to watch over them. My mom has Emphaysema and stepfather who still works to this day at 72 has Parkinson disease. He will come by to check on them with groceries, or to check on there lawn or just to say hello. He will send his wife with 2 kids over to do the same, cuz he cares for people. He's a "giver" and ask for nothing in return. He helps his own as well. He helps his father and stepmother. He helps frisnds that need to work. And thru all of this, he still makes his wife and 2 daughters #1. He has a very great life. He so desperately

4)

wants to get back to his family and his life. He does not want this to be his final chapter of his life. Me, just like so many others just want this to be behind us all and to bring Nate home as quickly as possible, cuz this is not the life he chooses. He chooses Alisha, his daughter, his friends and family. I just ask that his sentence is lenient.

Sincerely,
Josh Gunter